

# NUMBER 13-15-00328-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE H.T.M.T., A MINOR

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Per Curiam Order

Relators, Phung Thi Bach Tran, Tien Thi Pham, and Khuong Nguyen, filed a petition for writ of mandamus in the above cause on July 17, 2015. Through this original proceeding, relators seeks to compel the trial court to vacate the "Order for Temporary Guardianship of the Person Pending Contest" and the "Order for Possession and Visitation." The Court requests that the real party in interest, contestant Donna Scott, or any others whose interest would be directly affected by the relief sought, including but not limited to attorney ad litem Rodney Durham, guardian ad litem Pamela Orsak, and temporary guardian Diane Kliem, file a response to the petition for writ of mandamus on

or before the expiration of the business day on Wednesday, July 22, 2015. *See generally*

TEX. R. APP. P. 52.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of July, 2015.